IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ELITE EXTERIORS, LLC, and JOSE FELIPE POMAQUIZA, ) ) ) ) Defendants. ) | Case No. 1:20-cv-01905 |

### NOTICE OF DISMISSAL AS TO DEFENDANT JOSE FELIPE POMAQUIZA PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that Plaintiff, First Mercury Insurance Company, hereby dismisses the above captioned action as to Defendant Jose Felipe Pomaquiza pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(2), this dismissal is without prejudice.

Respectfully Submitted,

FIRST MERCURY INSURANCE COMPANY

Dated: January 7, 2021        /s/ James J. Hickey

By:    James J. Hickey (Illinois Bar No. 6198334)
Sean M. Phillips (Illinois Bar No. 6317897)
KENNEDYS CMK LLP
100 North Riverside Plaza, Suite 2100
Chicago, Illinois 60606
Phone: (312) 800-5000
Fax: (312) 207-2110
James.Hickey@kennedyslaw.com
Sean.Phillips@kennedyslaw.com

## CERTIICATE OF SERVICE

I hereby certify that the foregoing pleading was filed and served via the Court's CM/ECF system which caused notice of same to be served upon all counsel of record listed below on January 7, 2021.

| | |
|---|---|
| Stephanie Matthews<br>Matthews Law Office<br>155 N. Michigan Avenue, #9008<br>Chicago, IL 60606<br>slm@matthewslawoffices.com<br>312-856-1099<br>*Attorney for Elite Exteriors, LLC* | John W. Krutulis<br>10 N. Dearborn Street, FL 11<br>Chicago, IL 60602<br>jkrutulis@lraflaw.com<br>312-782-6717<br>*Attorney for Jose Felipe Pomaquiza* |

/s/ James J. Hickey

By: James J. Hickey (Illinois Bar No. 6198334)
Sean M. Phillips (Illinois Bar No. 6317897)
KENNEDYS CMK LLP
100 North Riverside Plaza, Suite 2100
Chicago, Illinois 60606
Phone: (312) 800-5000
Fax: (312) 207-2110
James.Hickey@kennedyslaw.com
Sean.Phillips@kennedyslaw.com