# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

FIRST MERCURY INSURANCE COMPANY,

Plaintiff,

v.

ELITE EXTERIORS, LLC and JOSE FELIPE POMAQUIZA,

Defendants.

No. 20-cv-01905
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s)
and against defendant(s)
in the amount of $0.00,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion.

Date: January 28, 2021

_____
JOHN F. KNESS
United States District Judge